UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61947-CIV-COHN/SELTZER

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

H & R ACCOUNTS, INC. d/b/a
PREFERRED MEDICAL DEPOSIT,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT

**THIS CAUSE** is before the Court on Plaintiff's Motion for Entry of Final Judgment [DE 21] ("Motion").  The Court has carefully reviewed the Motion, Defendant's Offer of Judgment [DE 20-1], Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment [DE 20], and is otherwise fully advised in the premises.

On January 18, 2012, Plaintiff accepted Defendant's Offer of Judgment.  See DE 20.  Plaintiff filed a copy of this Offer of Judgment on the record.  See DE 20-1.  Defendant's Offer of Judgment provides for entry of a Judgment of $1,001 in favor of Plaintiff plus reasonable attorney's fees and costs.  See id.  It is thereupon

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Final Judgment [DE 21] ("Motion") is **GRANTED**.  The Court shall enter a separate final judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of January, 2012.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.