UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61947-CIV-COHN/SELTZER

CHARLOTTE E. NICHOLAS,

       Plaintiff,
v.

H & R ACCOUNTS, INC. d/b/a
PREFERRED MEDICAL DEPOSIT,

       Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court on the Order Granting Plaintiff's Motion for Judgment [DE 22].  It is thereupon **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered in favor of the Plaintiff, Charlotte E. Nicholas, and against Defendant H&R Accounts, Inc. d/b/a Preferred Medical Deposit;

2. Plaintiff shall recover from Defendant $1,001.00, plus interest thereon at the rate of 0.11% per annum, for which let execution issue;

3. The Court reserves jurisdiction on the matter of Plaintiff's reasonable attorney fees and costs; and

4. The Clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of January, 2012.

*[Signature]*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.