UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61947-Civ-Cohn/Seltzer

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

H & R ACCOUNTS, INC. D/B/A PREFERRED MEDICAL DEPOSIT,

    Defendant.
_____/

### SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Final Judgment (DE 23) entered January 19, 2012 against, H & R Accounts, Inc. d/b/a Preferred Medical Deposit, acknowledges that full payment thereof has been received and the Judgment is satisfied.

_____
Charlotte E. Nicholas

STATE OF FLORIDA    )
                                 ) ss:
COUNTY OF BROWARD  )

The foregoing Satisfaction of Judgment was acknowledged before me this 5 day of March, 2012 by Charlotte E. Nicholas, who is personally known to me or who produced _____ as identification and who did/did not take an oath.

_____
NOTARY PUBLIC, State of Florida

My Commission Expires:    

                        Respectfully submitted,

                        DONALD A. YARBROUGH, ESQ.
                        Attorney for Plaintiff
                        Post Office Box 11842
                        Fort Lauderdale, Florida 33339
                        Telephone: (954) 537-2000
                        Facsimile: (954) 566-2235
                        donyarbrough@mindspring.com

                        s/Donald A. Yarbrough
                        Donald A. Yarbrough, Esq.
                        Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61947-Civ-Cohn/Seltzer

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

H & R ACCOUNTS, INC. D/B/A PREFERRED MEDICAL DEPOSIT,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>March 6, 2012</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      <u>s/Donald A. Yarbrough</u>
                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. David P. Hartnett, Esq.
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

<u>Via Notices of Electronic Filing generated by CM/ECF</u>